UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Tyrell T Davis,** | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:11cv00393 UNA |
| | ) | |
| **Normand Alain Transport, Inc.,** | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on 03/03/2011, and assigned to the Unassigned. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division cause number.

**IT IS THEREFORE ORDERED** that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No. 1:11cv00038 LMB. The Honorable Lewis M. Blanton will preside.

Case No. 4:11cv00393 UNA is hereby administratively closed.

Dated this 4th day of March, 2011.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. 1:11cv00038 LMB in all future matters concerning this case.